**Motion granted, appeal dismissed, and Memorandum Opinion filed October 19, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00713-CV

---

### TIMEOUT HOLDINGS COMPANY, LLC, Appellant

### V.

### DOUGLAS AND PAMELA SMITH, TED AND BEVERLY MARULES, Appellees

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-38216**

---

### MEMORANDUM OPINION

This interlocutory appeal is from an order signed September 6, 2023. On October 10, 2023, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.